| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | JEROME PRICE, SBN # 282400 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys Appearing Specially for Defendant |
| | PERRY K. EDWARDS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:18-po-00689-JDP |
|---|---|
| Plaintiff, | ) **REQUEST FOR TELEPHONIC** |
| | ) **APPEARANCE AT HEARING TO RECALL** |
| vs. | ) **BENCH WARRANT; ORDER** |
| PERRY K. EDWARDS, | ) |
| | ) Date: January 15, 2019 |
| Defendant. | ) Time: 10:00 A.M. |
| | ) Judge: Hon. Jeremy D. Peterson |

Defendant Perry Edwards, by and through undersigned counsel, requests that this Court set a status conference on the bench warrant for January 16, 2019, at 10:00 a.m. Further, pursuant to Federal Rule of Criminal Procedure 43(b)(2), Mr. Edwards, having been advised of his right to be present at all stages of the proceedings, hereby requests that the Court permit him to waive his right to personally appear for the status conference, and instead be allowed to appear telephonically.

Mr. Edwards was cited for three separate violations. He was mailed a notice to appear to his address in South Carolina. Per the notice, an initial appearance date was set for December 11, 2018. At the time the notice was mailed, Mr. Edwards was in Texas for 5 weeks on a work trip. He did not received the notice until he returned home to South Carolina. He asked his mother to look out for any parcel from California, not realizing that the mailing would come

from San Antonio.  Defendant is requesting the Court to recall the bench warrant at the status conference and immediately schedule his initial appearance for the next available calendar.  He would then request to appear via video conference from the federal courthouse in Florence, South Carolina.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 15, 2019

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys Appearing Specially for Defendant
PERRY K. EDWARDS

**O R D E R**

**GOOD CAUSE APPEARING**, the Court hereby orders that a status conference on the bench warrant be set for January 16, 2019. The Court further grants the Defendant's request to waive his personal appearance and appear via telephone at the January 16, 2019 hearing in Case No. 6:18-po-00689-JDP.

IT IS SO ORDERED.


IT IS SO ORDERED.


Dated:   January 16, 2019                                    _____
                                                                                  UNITED STATES MAGISTRATE JUDGE